

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Paris Diane Brown, Appellant

No. 06-13-00080-CV      v.

Kathy Keith, Appellee

Appeal from the 429th District Court of Collin County, Texas (Tr. Ct. No. 429-02071-2011). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Paris Diane Brown, pay all costs of this appeal.

RENDERED NOVEMBER 1, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk